DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**POMPANO AUTOMOTIVE ASSOCIATES LLC** d/b/a
**CHRYSLER JEEP OF NORTH BROWARD,**
Appellant,

v.

**JASON HORGAN,**
Appellee.

No. 4D19-3597

[August 12, 2020]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE 14-13212.

Kenneth L. Paretti of Quinton & Paretti, P.A., Miami, for appellant.

Michael T. Ross of Law Office of Michael T. Ross, P.A., Hollywood, and Lourdes E. Ferrer of Ferrer Law Group, PLLC, Weston, for appellee.

PER CURIAM.

We affirm without prejudice to Appellant enforcing the outstanding sanctions order for discovery violations before the trial court and seeking further sanctions for the prejudice caused by Appellee's delay in moving to "reopen" the case.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*